## DAVID ROBISON
### v.
## JAMES DODEMEAD

### 1811

JOURNAL ENTRIES

1. Judgment . . . . . . . . . . . *Journal, infra,* \*p. 353

PAPERS IN S. C. FILE

1. Copy of district court judgment . . . . . . . . . . . .

PAPERS IN D. C. FILE

1. Declaration . . . . . . . . . . . . . . . .